UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20910-CR-ZLOCH

ZEDDRICK WILLIAMS,

      Movant,

vs.                                             **O R D E R**

UNITED STATES OF AMERICA,

      Respondent.

_____/

    THIS MATTER is before the Court upon Movant Zeddrick Williams' Motion To Reopen In Forma Pauperis Denial Date 7/22/08 (DE 141), which the Court construes as a Motion For Reconsideration.  The Court has carefully reviewed said Motion and the entire court file and is fully advised in the premises.

    Pursuant to Federal Rule of Appellate Procedure 24, a motion to appeal <u>in</u> <u>forma</u> <u>pauperis</u> must include an affidavit that

> (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs; (B) claims an entitlement to redress; and (C) states the issues that the party intends to present on appeal.

Fed. R. App. P. 24(a)(1).  In its prior Order (DE 140), the Court denied Movant's Motion and in that order noted that an Affidavit of the Movant's inability to pay or give security for his appeal was provided for the Court.  However, the Movant did not attach an Affidavit setting forth that he is entitled to redress or stating the issues he intends to present on appeal.  Because he has failed to set forth that information, the Court denied his prior Motion

and cannot grant him leave to proceed <u>in</u> <u>forma</u> <u>pauperis</u> until he has specified that he is entitled to relief and the issues he intends to raise on appeal.

Accordingly after due consideration, it is

**ORDERED AND ADJUDGED** that Movant Zeddrick Williams' Motion To Reopen In Forma Pauperis Denial Date 7/22/08 (DE 141), which the Court construes as a Motion For Reconsideration be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this ____4th____ day of September, 2008.


_____
WILLIAM J. ZLOCH
United States District Judge


Copies furnished:

Zeddrick Williams, <u>pro</u> <u>se</u>
71465-004
FCI-Coleman
P.O. Box 1032
Coleman, FL 33521-1032